# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JORGE LUIS SANCHEZ-GONZALEZ,      :
                                  :
    *Petitioner,*               :
                                  :
  v.                              :      2:26-cv-05257
                                  :
J.L. JAMISON, *et al.*            :
                                  :
    *Respondents.*              :

## ORDER

AND NOW, this 28th day of July 2026, upon consideration of the Petitioner's Petition for a Writ of Habeas Corpus (Dkt. 2) the Government is hereby ORDERED to SHOW CAUSE no later than noon, Friday July 31, 2026, as to why the Petition should not be granted. The Government shall inform the Court if Petitioner currently has any outstanding criminal warrants in this country or elsewhere. The Government shall also provide all information regarding the circumstances of Petitioner's detention in Wilmington, Delaware.

It is FURTHER ORDERED that Petitioner SHALL NOT be transferred outside of the Eastern District of Pennsylvania or removed from the United States while this Petition is pending.

The Clerk of Court is directed to serve the U.S. Attorney's Office for the Eastern District of Pennsylvania with an acceptance of service form, the Petition, and a copy of this Order.

BY THE COURT:

GAIL A. WEILHEIMER, J.